IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES

Petitioner

vs                                                          CIVIL 98-2337CCC

UNITED STATES OF AMERICA

Respondent

## O R D E R

Given the circumstances outlined by petitioner Rafael Moreno-Morales in the Motion Requesting that this Court Appoint Attorney Irma R. Valledjuli (**docket entry 11**) filed on November 2, 1999, and considering that an attorney's familiarity with the evidence relevant to Cr. 84-0070 is essential, the same is hereby GRANTED. The prior appointment of counsel randomly made pursuant to the August 23, 1999 Order is VACATED. Counsel Irma R. Valldejuli is appointed to represent petitioner.

SO ORDERED.

At San Juan, Puerto Rico, on November 10th, 1999.

CARMEN CONSUELO CEREZO
United States District Judge