IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                          December 2, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL MORENOS-MORALES

vs                                              CIVIL 98-2337CCC

UNITED STATES OF AMERICA

      By order of the Court, the Motion Requesting Leave to Withdraw as Counsel (**docket entry 13**) will be granted automatically following the appearance of Ms. Valdejulli as counsel. Clerk of Court to take notice. Parties to be notified.

                                                        - Secretary

s/c: R. Moreno
     I. Valdejulli