IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                               December 17, 1999


**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge


RAFAEL MORENO-MORALES

vs                                                       CIVIL 98-2337CCC

UNITED STATES OF AMERICA



By order of the Court, the Notice of Appearance and Extension of Time (**docket entry 16**) is GRANTED. Parties to be notified.

*/s/* - Secretary