IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES

Petitioner

vs                                      CIVIL 98-2337CCC

UNITED STATES OF AMERICA

Respondent

# ORDER

The United States of America shall respond to the Amended Petition to Vacate or Set Aside Judgment filed on January 14, 2000 (**docket entry 18**) within the term of thirty (30) days after notice.

SO ORDERED.

At San Juan, Puerto Rico, on January 21, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AUSA
1/24/00

AO 72A
(Rev.8/82)