IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    February 29, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

vs                                        CIVIL 98-2337CCC

RAFAEL MORENO-MORALES

By order of the Court, the Amended Petition to Vacate or Set Aside Judgment and the United States' Response to Petitioner's Motion Under 28 U.S.C. §2255 (**docket entries 18 and 20**) are referred to U.S. Magistrate Judge J.A. Castellanos for report and recommendation.

- Secretary

s/c: R. Moreno
J. Valdejulli 3-2-00