IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff

v.  CIVIL NO. 98-2337(CCC)

RAFAEL MORENO-MORALES,

Defendant

## ORDER

This magistrate judge hereby disqualifies himself from this case. Same shall be reassigned to another magistrate judge.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of March of 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

s/c R. Moreno
I. Valdejuelli
Operations Manager
3-9-00

AO 72
(Rev 8/82)