IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **RAFAEL MORENO-MORALES,** | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL NO. 98-2337-CCC |
| **UNITED STATES OF AMERICA,** | * | |
| Defendant, | * | |

### MEMORANDUM OF THE CLERK

Pursuant to Order of Disqualification of Magistrate Judge J. Antonio Castellanos dated March 6, 2000, this case has been randomly reassigned to **Magistrate Judge Justo Arenas** for Report and Recommendation in compliance with Order of Judge Cerezo of February 29, 2000 (docket #21).

At San Juan, Puerto Rico, March 10, 2000.

FRANCES RIOS DE MORAN
Clerk of Court

Laura E. Rivera
Operations Manager