IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES,

Plaintiff

v.                                          CIVIL 98-2337 (CCC)

UNITED STATES OF AMERICA,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Informative Motion, 04-18-00. | 24 | Noted. |

In San Juan, Puerto Rico, this 25th day of April, 2000.

*/s/ Justo Arenas*
JUSTO ARENAS
United States Magistrate Judge