IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES

Petitioner

vs                                    CIVIL 98-2337CCC

UNITED STATES OF AMERICA

Respondent

**ORDER**

The Ex-parte Request for Service of Subpoena to Witnesses by the U.S. Marshal (**docket entry 27**) is GRANTED. Copy of this Order to be faxed immediately to the U.S. Marshal and to the parties.

SO ORDERED.

At San Juan, Puerto Rico, on October 24, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)