# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: October 30, 2000 |
| | CIVIL 98-2337 (CCC) |
| RAFAEL MORENO MORALES | ATTORNEY |

v.

UNITED STATES OF AMERICA

The evidentiary hearing set for November 6, 2000 is reset to December 1, 2000 at 9:30 a.m. Minutes to be notified.