IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES,

Plaintiff

v.                                                   CIVIL 98-2337 (CCC)

UNITED STATES OF AMERICA,

Defendant

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| United States' Second Motion for Continuance of the Evidentiary Hearing, 12-05-00. | 32 | Granted. The hearing is reset for January 17, 2001 at 9:30 a.m. |

In San Juan, Puerto Rico, this 8th day of December, 2000.

JUSTO ARENAS
United States Magistrate Judge

s/c R. Moreno
    I. Valldejuli

DEC 12 2000



AO 72
(Rev 8/82)