IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES,

Plaintiff

v.                                    CIVIL 98-2337 (CCC)

UNITED STATES OF AMERICA,

Defendant

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| United States' Informative Motion, 12-14-00. | | Granted. A status conference is set for January 19, 2001 at 9:15 a.m. Parties are to bring to the conference any documentary evidence to be used at the hearing. |

In San Juan, Puerto Rico, this 15th day of December, 2000.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)