IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES,

Petitioner

v.                                                          CIVIL 98-2337 (CCC)

UNITED STATES OF AMERICA,

Respondent

## STATUS CONFERENCE REPORT

At today's conference, petitioner was represented by attorney Irma Valldejuli. The United States was represented by Barry Kowalski, Special Counsel, United States Department of Justice.

Parties are conducting discovery and attempting to locate a mass of missing documents from various sources. Orders will issue accordingly as discussed at the conference. A telephone conference will be held in 30 days to discuss discovery, factual and legal issues. The evidentiary hearing will be held on March 22, 2001 at 9:30 a.m. A pre-hearing conference will be held by telephone.

In San Juan, Puerto Rico, this 19th day of January, 2001.

JUSTO ARENAS
United States Magistrate Judge






AO 72
(Rev 8/82)