IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES,

Petitioner

v.

CIVIL 98-2337 (CCC)
(CRIMINAL 87-0070 (CCC))

UNITED STATES OF AMERICA,

Defendant

### ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance of Evidentiary Hearing, 01-26-01. | 38 | Granted - Reset to 3/30/01 at 9:15 AM |

In San Juan, Puerto Rico, this 31st day of January, 2001.

JUSTO ARENAS
United States Magistrate Judge

