IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES,

Petitioner

v.                                                      CIVIL 98-2337 (CCC)
                                                        (CRIMINAL 87-0070 (CCC))

UNITED STATES OF AMERICA,

Respondent

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Authorization to Translate Exhibits to the Petition Under the Criminal Justice Act, 01-26-01. | 37 | Granted. Clerk to notify all parties including Mr. Barry Kowalski in Washington, D.C. |

In San Juan, Puerto Rico, this 9th day of February, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/c R. Moreno
I. Valldejuli
Mr. B. J. Kowalski

FEB 12 2001