IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES,

Petitioner

v.                                              CIVIL 98-2337 (CCC)
                                                (CRIMINAL 87-0070 (CCC))
UNITED STATES OF AMERICA,

Respondent

## ORDER

The Clerk of the Court for the United States District Court for the District Puerto Rico is hereby ORDERED to produce immediately to the United States the following docket numbers: 243 (Government Reply in Compliance With Order No. 230); 258 (United States Amended In-camera Evidentiary Proffer); and 267 (United States In-Camera Response to the February 19, 1985 Order), filed in *United States v. Ángel Pérez Casillas, et al.*, 87-0070(CCC). In the event of an inability to comply with this order, the Clerk of the Court is to file with this Court a written explanation.

In San Juan, Puerto Rico, this 26th day of February, 2001.

s/cs:to (?)
attys/pts
in ICMS

JUSTO ARENAS
United States Magistrate Judge

FEB 2 8 2001

AO 72
(Rev 8/82)