IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES,

Petitioner

v.                                    CIVIL 98-2337 (CCC)
                                      (CRIMINAL 87-0070 (CCC))

UNITED STATES OF AMERICA,

Defendant

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance and Extension of Time to Respond to Government's Supplemental Response to Petitioner's Amended 2255 Petition, 03-27-01. | 43 | Granted. |

In San Juan, Puerto Rico, this 27th day of March, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/cs:to ( 2 )
attys/pts
in ICMS

MAR 29 2001

AO 72
(Rev 8/82)