# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                           May 15, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

RAFAEL MORENO-MORALES

Petitioner

vs                                                    CIVIL 98-2337CCC

UNITED STATES OF AMERICA

Respondent

    By order of the Court petitioner's Motion for Additional Extension of Time (**docket entry 45**) is GRANTED. Parties to be notified.

                                                                    - Secretary

