# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  February 6, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

RAFAEL MORENO-MORALES

Petitioner

vs                                              CIVIL 98-2337CCC

UNITED STATES OF AMERICA

Respondent

By order of the Court the United States' Motion to Extend Time for Responding to Defense Objections (**docket entry 55**) is GRANTED, until March 4, 2002. Parties to be notified.

⌒ - Secretary

s/cs:to ( 2 )
attys/pts
in ICMS

FEB - 8 2002