IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES
Petitioner

vs.                                         CIVIL 98-2337CCC

UNITED STATES OF AMERICA
Defendant

## ORDER AND JUDGMENT

Having considered the Magistrate-Judge's Report and Recommendation (**docket entry 51**) on the Motion Under 28 U.S.C. §2255 filed by petitioner Rafael Moreno-Morales (**docket entry 3**), the Objections to the Report and Recommendation filed by petitioner Moreno-Morales (**docket entry 54**), and the United States' Response to Petitioner's Objections to the Report (**docket entry 57**), the Report and Recommendation is APPROVED and ADOPTED. Accordingly, the Motion Under 28 U.S.C. §2255 filed by petitioner Rafael Moreno-Morales (**docket entry 3**) is DENIED. Judgment is hereby entered DISMISSING this action.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 28, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( 2 )
attys/pts
in ICMS

APR 1 0 2002