RECEIVED AND FILED
(FILING DROP BOX)
02 APR 15 PM 3: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO MORALES

Petitioner

v.                                    CRIMINAL NO. 98-2337 (CCC)

UNITED STATES OF AMERICA

Defendant

_____

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW the petitioner, RAFAEL MORENO MORALES, through the undersigned counsel and before this Honorable Court, respectfully, states, alleges and prays as follows:

On March 28, 2002 this Honorable Court entered an Order and Judgment denying petitioner Motion under Title 28 United States Code Section 2255 and dismissing this action.

This Order and Judgment was notified by regular mail to the petitioner through the undersigned counsel on April 10, 2002 and received at the offices of the undersigned counsel on April 12, 2002.

Petitioner wishes to appeal the decision of this Honorable Court to the United States Court of Appeals for the First Circuit.

WHEREFORE, it is respectfully requested that the Honorable Court take notice of this appeal.

RESPECTFULLY SUBMITTED.

IT IS CERTIFIED that on this date copy of this Notice has been sent to



2

Ms Allison Jernow, Esq., Criminal Section, Civil Rights Division, Department of Justice, P O Box 66018, Washington, D. C. 20035 and U S Attorney's Office, Federico Degetau Building, Fourth Floor, 150 Carlos Chardon Avenue, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico, April 15, 2002.

*Irma R. Valldejuli*
IRMA R. VALLDEJULI
USDC No. 124303
P O Box 361228
San Juan, Puerto Rico 00936-1228
(787) 781-8906


s/cs:to ( 3 )
attys/pts
in ICMS

*Appeals*

APR 1 7 2002