IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORENO-MORALES
Petitioner

vs.                                CIVIL 98-2337CCC

UNITED STATES OF AMERICA
Respondent

## ORDER

Having considered the Request for Certificate of Appealability Pursuant to 28 U.S.C. 2253(c)(1) filed by petitioner Rafael Moreno-Morales on July 8, 2002 (**docket entry 60**), the same is GRANTED. The Court FINDS that petitioner has made a substantial showing of the denial of a constitutional right with his claims of prosecutorial misconduct and deliberate suppression of materials and exculpatory evidence.

SO ORDERED.

At San Juan, Puerto Rico, on August 2, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cc:to (2)
attys/pts
in ICMS

AUG - 5 2002