IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          September 5, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

RAFAEL MORENO-MORALES

Petitioner

vs                                    CIVIL 98-2337CCC

UNITED STATES OF AMERICA

Respondent

By order of the Court the record shall reflect that the United States' Response to Request for Certification of Appealability and Notice of Recent Discovery of U.S. Pleadings (**docket entry 62**) is MOOT.

~ - Secretary

s/cs:to (2)
attys/pts
in ICMS

SEP - 5 2002